UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEWISH FAMILY SERVICE OF SEATTLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants. | CASE NO. C17-1707JLR<br><br>ORDER TO SHOW CAUSE REGARDING CONSOLIDATION |

Presently pending before this court is the related action of *Doe, et al., v. Trump, et al.*, No. C17-0178JLR (W.D. Wash.). The court has compared the complaint in this action with the complaint in the referenced related action and ORDERS the parties to show cause why these two matters should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). In response to this order, Plaintiffs and Defendants shall file separate memoranda of no longer than 10 pages by no later than November 29, 2017.

ORDER - 1

Defendants in the two actions are largely overlapping. Nevertheless, the court notes that no Defendant in this action has entered an appearance as of this date. Accordingly, the court also ORDERS Plaintiffs to serve Defendants with a copy of this order as soon as is practicably possible.[1]

Dated this 21st day of November, 2017.

JAMES L. ROBART
United States District Judge

---

[1] The court has also order the parties in *Doe, et al., v. Trump, et al.*, No. C17-0178JLR (W.D. Wash.), to show cause why the two actions should not be consolidated. As noted above, Defendants in the two cases are largely overlapping. Nevertheless, if the parties in this action require an extension of the court's deadline due to Defendants' present posture in this litigation, the court will consider such an extension upon the motion of any party.