THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEWISH FAMILY SERVICE OF SEATTLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD TRUMP, et al., <br><br> Defendants. | Civil Action No. 2:17-cv-01707JLR <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Plaintiffs have moved for a preliminary injunction (Dkt. No. 42), and Plaintiffs and Defendants have conferred on the briefing schedule. The Court separately ordered the parties to respond by November 29, 2017, as to consolidation of this case and *Doe v. Trump*, No. 2:17-cv-00178JLR, *see* Dkt. No. 62, and the parties will do so. Plaintiffs in *Doe* have a pending preliminary injunction motion focused on claims regarding the follow-to-join process; Plaintiffs here have filed a preliminary injunction motion focused on different claims, including regarding refugees from countries on the Security Advisory Opinion list.

As to the pending motion for preliminary injunction in this case, the parties agree to the following schedule:

Defendants' opposition due December 7, 2017;

Plaintiffs' reply due December 13, 2017.

STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION
BRIEFING SCHEDULE (No. 2:17-cv-01707JLR)–1

137730731.1

**ORDER**

Upon consideration of the above stipulation and the record in this matter, the Court approves the proposed schedule. The court directs the Clerk to renote the motion (Dkt. # 42) to December 13, 2017.

**IT IS SO ORDERED**

DATED this 27th day of Nov., 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY
INJUNCTION BRIEFING SCHEDULE (No. 2:17-cv-01707JLR)–2

137730731.1

So stipulated and presented by,

/s/ David Burman
David Burman, WSBA No. 10611
Lauren Watts Staniar, WSBA No. 48741
Tyler Roberts, WSBA No. 52688
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
dburman@perkinscoie.com
lstaniar@perkinscoie.com
troberts@perkinscoie.com

Mariko Hirose, *Pro Hac Vice*
Deepa Alagesan, *Pro Hac Vice*
Linda Evarts, *Pro Hac Vice*
Kathryn C. Meyer, *Pro Hac Vice*
International Refugee Assistance Project
40 Rector Street, 9th Floor
New York, NY 10006
Tel: (646) 459-3044
mhirose@refugeerights.org
dalagesan@refugeerights.org
levarts@refugeerights.org
kmeyer@refugeerights.org

Elizabeth Sweet, *Pro Hac Vice*
Mark Hetfield, *Pro Hac Vice*
HIAS, Inc.
1300 Spring Street, Suite 500
Silver Spring, MD 20910
Tel: 301-844-7300
liz.sweet@hias.org
mark.hetfield@hias.org

DATED: November 27, 2017

Justin B. Cox, *Pro Hac Vice*
National Immigration Law Center
PO Box 170208
Atlanta, GA 30317
Tel: (678) 279-5441
Fax: (213) 639-3911
cox@nilc.org

Karen C. Tumlin, *Pro Hac Vice*
Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

*Counsel for Plaintiffs.*

STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY
INJUNCTION BRIEFING SCHEDULE (No. 2:17-cv-01707JLR)–3

137730731.1

1  So stipulated,
2
3  CHAD A. READLER
   Principal Deputy Assistant Attorney General
4
   JENNIFER D. RICKETTS
5  Director, Federal Programs Branch

6  JOHN R. TYLER
   Assistant Director, Federal Programs Branch
7
8   /s/ Joseph Dugan
   MICHELLE R. BENNETT
9  DANIEL SCHWEI
   KEVIN SNELL
10 JOSEPH C. DUGAN
   Senior Trial Counsel / Trial Attorneys
11 U.S. Department of Justice
   Civil Division, Federal Programs Branch
12 20 Massachusetts Avenue, NW
   Washington, DC 20530
13 Tel: (202) 514-3259
   Fax: (202) 616-8470
14 Email: Joseph.Dugan@usdoj.gov

15 *Counsel for Defendants.*

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY
INJUNCTION BRIEFING SCHEDULE (No. 2:17-cv-01707JLR)–4

137730731.1