UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEWISH FAMILY SERVICE OF SEATTLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants. | CASE NO. C17-1707JLR<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM |

Before the court is Plaintiffs John Doe 1, John Doe 2, John Doe 3, Jane Doe 4, Jane Doe 5, Jane Doe 6, and John Doe 7's (collectively, "Doe Plaintiffs") motion to proceed under pseudonym. (Mot. (Dkt. # 4).) Defendants Donald Trump, United States Department of Homeland Security, Acting Secretary of Homeland Security Elaine Duke, United States Department of State, Secretary of State Rex Tillerson, Office of the Director of National Intelligence, and Director of National Intelligence Daniel Coats (collectively, "Defendants") filed a response in which they state that they "do not

ORDER - 1

oppose" the motion.[1] (Resp. (Dkt. # 65) at 2.) Accordingly, the court GRANTS Doe Plaintiffs' motion (Dkt. # 4).

Dated this 28th day of November, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

---

[1] The court recognizes that Defendants "reserve the right . . . to request that the [c]ourt enter a protective order, or to move to unseal the identities of one or more of the pseudonymous Plaintiffs" at a later time. (*See* Resp. at 2.)