THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEWISH FAMILY SERVICE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>Defendants. | Civil Action No. 2:17-cv-01707 JLR<br><br>STIPULATION AND [PROPOSED]<br>ORDER REGARDING<br>CONSOLIDATION AND SCHEDULING<br>FOR FURTHER PROCEEDINGS |

On November 21, 2017, the Court directed the parties in *Jewish Family Service of Seattle v. Trump*, No. 2:17-cv-01707JLR (W.D. Wash.), and *Doe v. Trump*, No. 2:17-cv-00178 (W.D. Wash.), to show cause why the actions should not be consolidated pursuant to Federal Rule of Civil Procedure 42(a). The parties have met and conferred and now agree and stipulate to the following:

1. The cases may be consolidated for further proceedings, provided that (1) the actions retain their separate character, (2) parties to one action will not be designated as parties to the other, (3) parties may continue to file separate briefing so long as it is not duplicative, and (4) consolidation will not affect the page limits to which parties are entitled under the Local Rules, except as

provided in this stipulation or by subsequent Court order.[1] Because *Doe* was filed first, it shall be the lead case for all future filings.

2. The preliminary injunction hearing in *Doe* presently scheduled for December 11, 2017, at 1:30 p.m. PST should be vacated, and a new consolidated hearing to address the issues raised in the preliminary injunction motions filed in both *Doe* and *Jewish Family Service* should be set at a date and time convenient for the Court following the completion of briefing in *Jewish Family Service*. The parties respectfully propose a consolidated hearing during the week of December 18, 2017, preferably during the early part of that week in view of the approaching federal holidays.

3. Each set of Plaintiffs may file a short notice joining the motion of the other Plaintiffs and addressing issues raised in the opening preliminary injunction brief filed by the other set of Plaintiffs, provided that Plaintiffs will not use these short notices to raise new claims or merits arguments not previously raised by one set or the other. Thus, the parties agree that, on or before November 29, 2017, the *Doe* Plaintiffs and the *Jewish Family Service* Plaintiffs may each file a notice no longer than three pages addressing relevant issues raised in the other set of Plaintiffs' opening brief. The Government may respond to these supplemental arguments in its response in opposition to the *Jewish Family Service* Plaintiffs' motion for preliminary injunction, and may file an over-length brief in order to do so. Specifically, the Government's response brief in

---

[1] Plaintiffs believe that *JFS* and *Doe* should maintain their separate characters in light of the overlapping but differing legal claims and classes (*e.g.*, the *JFS* Plaintiffs' complaint seeks nationwide relief for refugees whereas the *Doe* Plaintiffs' complaint focuses on Washington State and challenges additional policies). *See* 9A Charles Alan Wright, et al., *Federal Practice & Procedure Civ.* § 2382 (3d ed. 2017) (describing consolidation that "does not merge the suits into a single action"). As consolidated but not merged actions, parties in *JFS* and *Doe* would maintain separate pleadings, but Plaintiffs in each action would endeavor to avoid duplication wherever possible.

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND
SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-01707 JLR)–2

1 | *Jewish Family Service* may exceed the twenty-four pages allowable under the
2 | Local Rules by five pages.

**ORDER**

Upon consideration of the above stipulation and the record in this matter, the Court approves the stipulation and all dates, page limits, and deadlines specified therein. A hearing to address issues raised in both *Jewish Family Service* and *Doe* is set for December 21, 2017 at 9:00 a.m.

**IT IS SO ORDERED**

DATED this 29th day of Nov., 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-01707 JLR)–4

| | |
|---|---|
| **So stipulated and presented by:** | DATED: November 29, 2017 |
| /s/ David Burman | CHAD A. READLER |
| David Burman, WSBA No. 10611 | Principal Deputy Assistant Attorney |
| Lauren Watts Staniar, WSBA No. 48741 | General |
| Tyler Roberts, WSBA No. 52688 | |
| Perkins Coie LLP | JENNIFER D. RICKETTS |
| 1201 Third Avenue, Suite 4900 | Director, Federal Programs Branch |
| Seattle, WA 98101-3099 | |
| Telephone: 206.359.8000 | JOHN R. TYLER |
| Facsimile: 206.359.9000 | Assistant Director, Federal Programs Branch |
| dburman@perkinscoie.com | |
| lstaniar@perkinscoie.com | /s/ Kevin Snell |
| troberts@perkinscoie.com | MICHELLE R. BENNETT |
| | DANIEL SCHWEI |
| Mariko Hirose, *Pro Hac Vice* | KEVIN SNELL |
| Deepa Alagesan, *Pro Hac Vice* | JOSEPH C. DUGAN |
| Linda Evarts, *Pro Hac Vice* | Senior Trial Counsel / Trial Attorneys |
| Kathryn C. Meyer, *Pro Hac Vice* | U.S. Department of Justice |
| International Refugee Assistance Project | Civil Division, Federal Programs Branch |
| 40 Rector Street, 9th Floor | 20 Massachusetts Avenue, NW |
| New York, NY 10006 | Washington, DC 20530 |
| Tel: (646) 459-3044 | Tel: (202) 305-0924 |
| mhirose@refugeerights.org | Fax: (202) 616-8460 |
| dalagesan@refugeerights.org | Email: Kevin.Snell@usdoj.gov |
| levarts@refugeerights.org | |
| kmeyer@refugeerights.org | ***Attorneys for Defendants*** |
| | |
| Elizabeth Sweet, *Pro Hac Vice* | |
| Mark Hetfield, *Pro Hac Vice* | |
| HIAS, Inc. | |
| 1300 Spring Street, Suite 500 | |
| Silver Spring, MD 20910 | |
| Tel: 301-844-7300 | |
| liz.sweet@hias.org | |
| mark.hetfield@hias.org | |
| | |
| Justin B. Cox, *Pro Hac Vice* | |
| National Immigration Law Center | |
| PO Box 170208 | |
| Atlanta, GA 30317 | |
| Tel: (678) 279-5441 | |
| Fax: (213) 639-3911 | |
| cox@nilc.org | |

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-01707 JLR)–5

Karen C. Tumlin, *Pro Hac Vice*
Melissa S. Keaney, *Pro Hac Vice*
Esther H. Sung, *Pro Hac Vice*
National Immigration Law Center
3450 Wilshire Blvd, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
tumlin@nilc.org
keaney@nilc.org
sung@nilc.org

Lauren E. Aguiar, *Pro Hac Vice*
Mollie M. Kornreich, *Pro Hac Vice*
Abigail E. Davis, *Pro Hac Vice*
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
lauren.aguiar@probonolaw.com
mollie.kornreich@probonolaw.com
abigail.sheehan@probonolaw.com

***Attorneys for Plaintiffs***

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION AND
SCHEDULING FOR FURTHER PROCEEDINGS (No. 2:17-cv-01707 JLR)–6