1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

| JOHN DOES, et al., | CASE NO. C17-0178JLR |

JOHN DOES, et al.,

               Plaintiffs,

   v.

DONALD TRUMP, et al.,

               Defendants.

CASE NO. C17-0178JLR

MINUTE ORDER
(RELATING TO BOTH CASES)

14

15

16

17

18

JEWISH FAMILY SERVICES, et al.,

               Plaintiffs,

   v.

DONALD TRUMP, et al.,

               Defendants.

CASE NO. C17-1707JLR

19

20

The following minute order is made by the direction of the court, the Honorable James L. Robart:

21

22

Pursuant to the parties' stipulations, the above captioned cases are hereby consolidated. All future pleadings or other filings in either action shall bear the above

ORDER - 1

1   caption and shall be filed on the docket in Case No. C17-0178JLR.  All future pleadings

2   or other filings in the consolidated case shall identify in the caption whether the pleading

3   or filing pertains to one or both of the cases.

4           Dated this 29th day of November, 2017.

5

6   _____

7   JAMES L. ROBART
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22